■ ESTHER YORK, Appellant, v JOSEPH YORK, Respondent. [891 NYS2d 296]—

The Supreme Court did not improvidently exercise its discretion in denying the plaintiff's motion to hold the husband in contempt for the willful violation of an order dated July 30, 2008. The defendant's failure to comply with the order was not willful, since the plaintiff's actions prevented him from complying.

The plaintiff's remaining contention is without merit. Skelos, J.P., Eng, Leventhal and Chambers, JJ., concur.